IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
CIVIL DIVISION

TANA LANDERS, Heir at Law and as
Administrator of the Estate of
TERRY VICKERS, Deceased;
TERESA DANIELLE VICKERS, Heir at Law;
CHRISTOPHER EUGENE VICKERS, Heir at Law;
DANIEL G. VICKERS, Heir at Law;
DOROTHY PALMER, Heir at Law;
MICHAEL W. VICKERS, Heir at Law;
DONNA R. VICKERS, Heir at Law;
DANIEL CLAYTON VICKERS, Heir at Law;
PAMELA J. VICKERS HAYS, Heir at Law; and
BILLY PALMER, Heir at Law — Plaintiffs

VS. — NO. CV-2010-0294-4

ETHEX CORPORATION, and
KV PHARMACEUTICAL COMPANY — Defendants.

**COMPLAINT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW,** TANA LANDERS, Heir at Law and as Administrator of the Estate of TERRY VICKERS, Deceased; TERESA DANIELLE VICKERS, Heir at Law; CHRISTOPHER EUGENE VICKERS, Heir at Law; DANIEL G. VICKERS, Heir at Law; DOROTHY PALMER, Heir at Law; MICHAEL W. VICKERS, Heir at Law; DONNA R. VICKERS, Heir at Law; DANIEL CLAYTON VICKERS, Heir at Law; PAMELA J. VICKERS HAYS, Heir at Law; and BILLY PALMER, Heir at Law, hereinafter referred to as Plaintiffs, by and through their attorneys of record, FLINT & SOYARS, P.C. complaining of ETHEX CORPORATION and KV PHARMACEUTICAL COMPANY and state as follows:

1. Plaintiffs Tana Landers, Teresa Danielle Vickers, Christopher Eugene Vickers, Donna R. Vickers Talley, and Pamela J. Vickers Hays are residents of El Dorado,

EXHIBIT
A

FILED
8-23-10 @ 12:54 pm
TERRI SHACKLEFORD, CLERK
BY L. Ward D.C.

Union County, Arkansas. Plaintiffs Daniel G. Vickers and Daniel Clayton Vickers are residents of Hermitage, Arkansas. Plaintiff Dorothy Palmer is a resident of Hopkinsville, Kentucky. Plaintiff Michael W. Vickers is a resident of Benton, Arkansas. Plaintiff Billy Palmer is a resident of Cerulean, Kentucky.

2. The decedent, Terry Vickers, was a resident of El Dorado, Union County, Arkansas.

3. Defendant KV Pharmaceutical Company ("Defendant KV") is a Delaware for-profit corporation that was doing business in the State of Arkansas at all times relevant to this Complaint. Defendant KV is engaged in the business of manufacturing, processing, packing, labeling, holding and distributing prescription and non-prescription drugs. Defendant KV distributes drugs under the ETHEX label. Defendant KV may be served through its agent for service, The Corporation Trust Company at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

4. Defendant Ethex Corporation ("Defendant Ethex") is a Missouri for-profit corporation that was doing business in the State of Arkansas at all times relevant to this Complaint. Defendant Ethex is engaged in the business of marketing and distributing drugs, including drugs manufactured by Defendant KV. Defendant Ethex may be served through its agent for service, CT Corporation System at 120 South Central Avenue, Clayton, Missouri, 63105.

5. Venue is proper in Union County as all of the events or omissions giving rise to the claim occurred in Union County, Arkansas. Accordingly, this Court maintains jurisdiction of the subject matter.

6. On March 2, 2009, the United States District Court, Eastern District of Missouri, issued a Consent Decree ordering Defendants Ethex and KV to "destroy: (1) all drugs in Defendants' possession, custody, and/or control that are the subject of recalls announced by KV from May 2008 through February 3, 2009; and (2) all other drugs in Defendants' possession, custody, and/or control, including all in-process drugs and drug components, as well as finished drugs". This Decree also "permanently restrained and enjoined" the Defendants under 21 U.S.C. §332(a) from "directly or indirectly, doing or causing: the manufacturing, processing, packing, labeling, holding, introduction or deliver for introduction into interstate commerce at or from any of the KV facilities, or any drug as defined by 21 U.S.C. §321(g)(l)."

7. The Consent Decree was the result of a history of continuing violations of current good manufacturing practices discovered through Food and Drug Administration inspections of Defendants' Ethex and KV's manufacturing facilities. Violations of good manufacturing practices had been discovered in inspections in April 2003, January 2004, January 2005, March 2006, April 2007, March 2008, August 2008, and February 2009. Defendants Ethex and KV were notified of the results of these inspections and were given opportunities to correct the ongoing violations.

8. On March 9, 2000, the FDA issued a Warning Letter to Defendant KV identifying numerous current good manufacturing practice violations and stated that a failure to correct the violations could lead to regulatory action, including seizure and/or injunction.

9. On January 28, 2009, Defendants Ethex and KV recalled numerous drugs

manufactured, processed, packed, labeled, held, and/or distributed by them as a result of manufacturing defects which caused the drugs to be double the appropriate strength, which made those drugs defective and unreasonably dangerous.

10. Included in the product recall was Isosorbide Mononitrate 30 mg Extended Release tablets ("Isosorbide Mononitrate"), lot number 58177-0222-04, manufactured, processed, packed, labeled, held, and distributed by Defendants KV and Ethex.

11. On September 19, 2007, Terry Vickers was prescribed Isosorbide Mononitrate by his primary care physician. His Isosorbide Mononitrate prescription was filled with tablets manufactured in lot number 58177-0222-04.

12. The Isosorbide Mononitrate tablets taken by Terry Vickers were defective and unreasonably dangerous as a result of negligent and/or wanton manufacturing practices which caused the tablets to be double the appropriate strength.

13. As a direct and proximate result of negligent and/or wanton conduct of Defendants Ethex and KV, Terry Vickers suffered injuries that resulted in his death on September 21, 2008.

14. Plaintiff Tana Landers is a surviving sister of Terry Vickers and has been appointed Special Administrator of the Estate of Terry Vickers in the Circuit Court of Union County, Arkansas, Probate Division. As Special Administrator, she herein sues for the foregoing survival damages pursuant to Arkansas Code Ann.§16.62-101. Furthermore, Plaintiff Tana Landers, Individually sues to recover all damages to which she is justly entitled under the Wrongful Death

Statute, Arkansas Code Ann. § 16-62-102. As a result of the injuries and ultimate death of Terry Vickers, Plaintiff Tana Landers has and continues to suffer mental anguish and loss of wages/financial support.

15. Plaintiffs Teresa Danielle Vickers and Christopher Eugene Vickers are the adult children of Terry Vickers. Plaintiffs Michael W. Vickers, Donna Talley, Daniel Clayton Vickers, Pamela Hays, and Billy Palmer are adult siblings of Terry Vickers. Plaintiffs Daniel G. Vickers and Dorothy Palmer are the parents of Terry Vickers. The injuries suffered by Terry Vickers caused these Plaintiffs mental anguish in the past and will continue in the future and herein sue to recover all damages they are justly entitled under the Wrongful Death Statute, Arkansas Code Ann. § 16-62-102.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request entry of judgment against Defendants, for compensatory relief as described above, costs and all other proper relief allowed by law.

Respectfully submitted,

Flint & Soyars
5220 Plaza Drive
Texarkana, TX 75503
Tel: (903) 334-8928
Fax: (903) 334-8853

By:______________________
Bruce A. Flint
State Bar No. 98100
Matthew Q. Soyars
State Bar No. 2003162