**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

| | | |
|---|---|---|
| **TANA LANDERS, Heir at Law and as Administrator of the Estate of TERRY VICKERS, Deceased; TERESA DANIELLE VICKERS, Heir at Law; CHRISTOPHER EUGENE VICKERS, Heir at Law; DANIEL G. VICKERS, Heir at Law; DOROTHY PALMER, Heir at Law; MICHAEL W. VICKERS, Heir at Law; DONNA R. VICKERS, Heir at Law; DANIEL CLAYTON VICKERS, Heir at Law; PAMELA J. VICKERS HAYS, Heir at Law; and BILLY PALMER, Heir at Law** | § | **CASE NO. 10-1066** |
| **Plaintiffs.** | § | |
| **VS.** | § | |
| **ETHEX CORPORATION, and KV PHARMACEUTICAL COMPANY** | § | |
| **Defendant.** | § | |

**ETHEX CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW ETHEX Corporation ("ETHEX") and files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. ETHEX would respectfully show the Court the following:

1. ETHEX is a wholly-owned subsidiary of its parent corporation, KV Pharmaceutical Company.

Respectfully Submitted,

/s/ Stuart P. Miller
Stuart Miller
AR Bar No. 88137
Catherine Corless
AR Bar No. 2009020
**Mitchell, Williams, Selig, Gates & Woodyard, PLLC**
425 W. Capitol, Suite 1800
Little Rock, AR 72201
501-688-8800
501-918-7896- Fax
smiller@mwlaw.com
ccorless@mwlaw.com
and

C. Michael Moore
Texas State Bar No. 14323600
Margaret D. Hall
Texas State Bar No. 05968450
Stacy Jordan Rodriguez
Texas State Bar No. 11016750
Christopher W. Reynolds
Texas State Bar No. 24051247
**SNR DENTON US, LLP**
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
(214)-259-0900
(214)-259-0910 – Fax
mike.moore@snrdenton.com
peg.hall@snrdenton.com
stacy.rodriguez@snrdenton.com
christopher.reynolds@snrdenton.com
***Attorneys for ETHEX Corporation and KV Pharmaceutical Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on October____ 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Bruce A. Flint
bruceflint@aol.com

/s/ Stuart P. Miller