**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

| | | |
|---|---|---|
| **TANA LANDERS, Heir at Law and as Administrator of the Estate of TERRY VICKERS, Deceased; TERESA DANIELLE VICKERS, Heir at Law; CHRISTOPHER EUGENE VICKERS, Heir at Law; DANIEL G. VICKERS, Heir at Law; DOROTHY PALMER, Heir at Law; MICHAEL W. VICKERS, Heir at Law; DONNA R. VICKERS, Heir at Law; DANIEL CLAYTON VICKERS, Heir at Law; PAMELA J. VICKERS HAYS, Heir at Law; and BILLY PALMER, Heir at Law** | § | |
| **Plaintiffs.** | § | **CASE NO. 10-1066** |
| **VS.** | § | |
| **ETHEX CORPORATION, and KV PHARMACEUTICAL COMPANY** | § | |
| **Defendants.** | § | |

**JOINT RULE 26(F) REPORT**

Plaintiffs, Tana Landers, Heir at Law and as Administrator of the Estate of Terry Vickers, Deceased; Teresa Danielle Vickers, Heir at Law; Christopher Eugene Vickers, Heir at Law; Daniel G. Vickers, Heir at Law; Dorothy Palmer, Heir at Law; Michael W. Vickers, Heir at Law; Donna R. Vickers, Heir at Law; Daniel Clayton Vickers, Heir at Law; Pamela J. Vickers Hays, Heir at Law; and Billy Palmer, Heir at Law ("Plaintiffs"), and Defendants, ETHEX Corporation and KV Pharmaceutical Company ("Defendants"), submit this Joint Rule 26(f) Report pursuant to the Court's October 18, 2010 Initial Scheduling Order.

**PRELIMINARY STATEMENT OF THE PARTIES**:

The parties are jointly interested in exploring early resolution of this case. In an effort to avoid the significant costs associated with formal discovery, the parties believe and agree that this case should proceed to mediation before the commencement of discovery. To that end, the parties propose a schedule below that gives them approximately three months (which includes intervening Thanksgiving, Christmas, New Year, and other holidays) to complete their settlement discussions and mediation and memorialize any settlement in writing. If no settlement has been reached and memorialized in writing by that time, the parties will commence the discovery process without delay. Therefore, the parties respectfully request that the Court order mediation to be conducted before March 15, 2011 before Frank Hamlin, mediator. Mr. Hamlin's address is 8203 W. Markham Street, Suite 100, Little Rock, Arkansas, 72201, telephone 501-850-8888.

1. **Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a)**:

   **Response:** None.

2. **Date when mandatory disclosures were or will be made**:

   **Response:** April 1, 2011.

3. **Subjects on which discovery may be needed:**

   **Response:** At this early stage, the parties anticipate that, at a minimum, they will seek discovery on the areas of liability, causation, and damages, including all matters relating to allegations set forth in the Complaint and all defenses asserted by defendants in their respective Answers. The parties anticipate that the following discovery will need to be conducted:

   a) Obtaining medical records with HIPAA compliant authorizations;

   b) Depositions and discovery in the area of manufacturing procedures, problems, quality control, recall documents, complaints, litigation, and instructions regarding the manufacture and use of the medication in question;

   c) Depositions of fact witnesses;

d) Depositions of treating and prescribing physicians;

e) Expert discovery.

4. **Whether any party will likely be requested to disclose or produce information from electronic or computer-based media and if so:**

A. **Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;**

**Response:** The parties agree to produce documents in their native format, whether that is paper or electronic format. The parties will confer again at the time of service of the Rule 26(a)(1) Initial Disclosures to discuss the logistics and specific manner of the production of electronic documents. Given the allegations in this case, Defendants expect that once discovery commences, they will be required to produce a very substantial volume of documents in both native electronic format and paper format.

B. **The anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;**

**Response:** See Response to No. 4(A).

C. **The format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;**

**Response:** See Response to No. 4(A).

D. **Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;**

**Response:** See Response to No. 4(A).

E. **Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

**Response:** See Response to No. 4(A).

5. **Date by which discovery should be completed.**

**Response:** The parties have agreed upon December 5, 2011 as the deadline for completing all discovery. The parties have further agreed that the date for Plaintiff's disclosure of expert witnesses will be September 15, and Defendants' date for disclosure of expert witnesses will be October 14, 2011.

6. **<u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure</u>.**

**Response:** None.

7. **<u>Any Orders which should be entered</u>.**

**Response:** The parties believe the discovery in this case will necessitate the entry of a Protective Order. The parties will negotiate in good faith and, by April 15, 2011, submit to the Court a stipulation and proposed protective order, or, in the event of a failure of the parties to reach agreement on a form of stipulation, will submit alternative proposed orders and supporting papers.

8. **<u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of this action</u>.**

**Response:** None.

9. **<u>Any objections to the proposed trial date</u>.**

**Response:** The parties request that the trial date be moved to March 7, 2012, three months after the initial scheduled trial date, to allow time to explore early resolution of the case before the commencement of discovery and to allow sufficient time for discovery and pretrial motion practice.

10. **<u>Proposed deadline for joining other parties and amending the pleadings</u>.**

**Response:** The parties propose August 17, 2011.

11. **<u>Proposed deadline for completing discovery</u>.**

**Response:** The parties propose December 5, 2011.

12. **<u>Proposed deadline for filing motions</u>:**

**Response:** The parties propose January 6, 2012, approximately sixty (60) days before their requested trial date, as the deadline for filing dispositive, *Daubert* and other substantive motions. The parties request, however, that the deadline for motions in limine be February 6, 2011, approximately thirty (30) days before the proposed trial date, or such other date as may be consistent with the filing of the Pretrial Order and other pretrial filings.

13. **<u>Class Certification: Proposed deadline for parties to file a Motion for Class Certification</u>:**

**Response:** Not applicable.

Respectfully submitted,

**DEMAREST & GIUNTA, P.L.L.C.**

/s/ Sylvia M. Demarest
**Sylvia M. Demarest**
State Bar No. 05734000
**Frank G. Giunta**
State Bar No. 07990100
4040 N. Central Expressway, Suite 850
Dallas, TX 75204
Telephone: (214) 370-5200
Facsimile: (214) 370-5735
Email: smdranchtexas@sbcglobal.net
Email: frank@lofglaw.com

And

**Bruce A. Flint**
Arkansas Bar No. 98100
**Matthew Q. Soyars**
Arkansas Bar No. 2003162
**FLINT & SOYARS, PC**
5520 Plaza Drive
Texarkana, TX 75503
Telephone: (903) 334-8928
Facsimile: (903) 334-8853
Email: bruceflint@aol.com
Email: msoyars@bruceflint.com

**ATTORNEYS FOR PLAINTIFFS**

**Stuart P. Miller**
Ark. Bar No. 88137
**Catherine Corless**
Ark. Bar No. 2009020
**MITCHELL, WILLIAMS, SELIG**
**GATES & WOODYARD, P.L.L.C.**
425 W. Capitol Ave., Suite 1800
Little Rock, AR 72201
Telephone: (501)688-8800
Facsimile: (501)688-8890
Email: smiller@mwlaw.com
Email: ccorless@mwlaw.com

And

**C. Michael Moore**

Texas Bar No. 14323600
**Margaret D. Hall**
Texas Bar No. 05968450
**Stacy Jordan Rodriguez**
Texas Bar No. 11016750
**SNR DENTON US LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
Telephone: 214-259-0900
Facsimile: 214-259-0910
Email: mike.moore@snrdenton.com
Email: peg.hall@snrdenton.com
Email: stacy.rodriguez@snrdenton.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this **2nd** day of **December, 2010**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following attorneys of records for the Plaintiffs:

**Stuart P. Miller**
**Catherine Corless**
**Mitchell, Williams, Selig, Gates & Woodyard, PLLC**
**425 W. Capitol, Suite 1800**
**Little Rock, Arkansas 72201**

**VIA CM/ECF SERVICE**

/s/ Sylvia M. Demarest
**Sylvia M. Demarest**