```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF ARKANSAS
                   EL DORADO DIVISION
```

TANA LANDERS, *et al.*                                PLAINTIFFS

V.                    CIVIL NO. 10-1066

ETHEX CORPORATION and
KV PHARMACEUTICAL COMPANY                             DEFENDANTS

## O R D E R

NOW on this 27th day of June, 2011, comes on for consideration the Motion to Dismiss With Prejudice (doc. 25) filed by the Plaintiffs.

IT APPEARING to the court that the matter has been settled, counsel for Plaintifffs having so advised the court, it is ORDERED that the motion be GRANTED and the case be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**